Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone: 323.931.3777
Facsimile: 323.931.3366
aharris@harrisandruble.com
dzelenski@harrisandruble.com

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
901 Irwin Street
San Rafael, California 94901
Telephone: 415.460.5300
Facsimile: 415.460.5303
dsh@northbaylawgroup.com

Attorneys for Plaintiff
TAMARAH R. SEIELSTAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARAH R. SEIELSTAD, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>AEGIS SENIOR COMMUNITIES, LLC, a Washington Limited Liability Company, and DWAYNE CLARK, an individual,<br><br>        Defendants. | Case No. 09-01797 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING DATES ON DEFENDANT DWAYNE CLARK'S MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |

1  The parties hereby jointly stipulate as follows:

2  WHEREAS, Defendant Dwayne Clark filed a Motion to Dismiss for Lack of Jurisdiction, which was noticed to be heard on July 17, 2009, at 9:00 AM in Courtroom 7, before The Honorable Maxine M. Chesney;

WHEREAS, in the Order Setting Initial Case Management Conference and Deadlines, the Initial Case Management Conference in the instant action was scheduled for July 31, 2009, at 10:30 AM in Courtroom 7, before The Honorable Maxine M. Chesney;

WHEREAS, in light of counsel's scheduling conflicts, the parties hereby jointly stipulate to continue the hearing on Defendant Dwayne Clark's Motion to Dismiss for Lack of Jurisdiction until Friday, July 24, 2009 at 9:00 AM in Courtroom 7.  Furthermore, the parties jointly stipulate to continue the Initial Case Management Conference until August 21, 2009, at 10:30 AM.  All attendant deadlines to the Case Management Conference are continued accordingly.

**IT IS SO STIPULATED.**

DATED:  June 22, 2009                           Harris & Ruble

                                                _____/s/_____
                                                Alan Harris
                                                Attorney for Plaintiff TAMARAH SEIELSTAD


DATED:  June 22, 2009                           HANSON BRIDGETT LLP

                                                _____/s/_____
                                                Diane Marie O'Malley

                                                Attorneys for Defendants AEGIS SENIOR
                                                COMMUNITIES, LLC and DWAYNE CLARK.

**IT IS SO ORDERED.** with the exception that the hearing is continued to August 7, 2009, in light of the Ninth Circuit Judicial Conference, and the Case Management Conference is continued to September 4, 2009, with all related deadlines continued accordingly.

DATED:  June 24, 2009                           _____
                                                Honorable Maxine M. Chesney
                                                *United States District Judge*