Alan Harris (SBN 146079)
David Zelenski (SBN 231768)
HARRIS & RUBLE
5455 Wilshire Boulevard, Suite 1800
Los Angeles, California 90036
Telephone: 323.931.3777
Facsimile: 323.931.3366
aharris@harrisandruble.com
dzelenski@harrisandruble.com

David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
901 Irwin Street
San Rafael, California 94901
Telephone: 415.460.5300
Facsimile: 415.460.5303
dsh@northbaylawgroup.com

Attorneys for Plaintiff
TAMARAH R. SEIELSTAD

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TAMARAH R. SEIELSTAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEGIS SENIOR COMMUNITIES, LLC, a Washington Limited Liability Company, and DWAYNE CLARK, an individual,<br><br>Defendant. | Case No. 09-01797 MMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**; DEEMING MOTION TO DISMISS WITHDRAWN<br>Honorable Maxine M. Chesney |

The parties hereby jointly stipulate as follows:

WHEREAS, Plaintiff Tamarah R. Seielstad (hereinafter, "Seielstad") filed a Complaint in this action on April 24, 2009;

WHEREAS, Plaintiff Seielstad represents that she sent a letter by certified mail to the California Labor Workforce Development Agency and Aegis Senior Communities, LLC (hereinafter, "AEGIS") care of their agent for service process, CSC Lawyers Incorporating

- 2 -

Service, on April 28, 2009, notifying them of the various California Labor Code violations Seielstad had asserted against AEGIS and requesting permission to pursue civil penalties against AEGIS under the Labor Code Private Attorneys General Act;

WHEREAS, Defendant Dwayne Clark filed a Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and (6) on June 12, 2009, currently set for hearing on August 7, 2009;

WHEREAS, Plaintiff received a letter from the California Labor Workforce Development Agency on June 22, 2009, that it did not intend to investigate Plaintiffs allegations against AEGIS and that Plaintiff may pursue civil penalties against AEGIS under the Labor Code Private Attorneys General Act;

WHEREAS, Defendant AEGIS filed its Answer on June 30, 2009;

WHEREAS, pursuant to section 2699.3(a)(2)(C) of the California Labor Code, Plaintiff may as a matter of right amend her Complaint to add a cause of action under the Labor Code Private Attorneys General Act;

NOW, THEREFORE, it is stipulated that:

1. The First Amended Complaint attached hereto as Exhibit 1 shall be deemed filed on the date the Court executes the attached Proposed Order.

2. Defendants shall file an answer or otherwise respond to the First Amended Complaint within thirty (30) days of the date the Court files an Order permitting the filing of the First Amended Complaint.

3. Defendant Clark shall file a Withdrawal of Motion requesting that Defendant Clark's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and (6) set for August 7, 2009, be taken off calendar. Plaintiff understands and agrees that Defendant Clark will refile the motion. Plaintiff also understands and agrees that Defendants Aegis and Clark may file any other responsive pleadings after the First Amended Complaint is filed.

**IT IS SO STIPULATED.**

DATED: July 29, 2009                HARRIS & RUBLE

                                    _____/s/_____
                                    Alan Harris
                                    Attorney For Plaintiff Tamarah Seielstad

DATED: July 29, 2009                HANSON BRIDGETT LLP

                                    _____/s/_____
                                    Diane Marie O'Malley
                                    Attorneys for Defendants Aegis Senior
                                    Communities, LLC and Dwayne Clark.

**IT IS SO ORDERED.**, and defendant Dwayne Clark's motion to dismiss is hereby deemed withdrawn without prejudice.

DATED: July 31, 2009                *[signature: Maxine M. Chesney]*
                                    Honorable Maxine M. Chesney
                                    *United States District Judge*

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

1984438.1