1
2
3
4
5
6
7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  TAMARAH R. SEIELSTAD,                    No. C-9-1797 MMC

12            Plaintiff,              **ORDER DIRECTING PLAINTIFF
                                      TAMARAH R. SEIELSTAD TO LODGE
13    v.                             CHAMBERS COPIES IN COMPLIANCE
                                      WITH GENERAL ORDER 45 AND THE
14  AEGIS SENIOR COMMUNITIES, LLC, et  COURT'S STANDING ORDERS**
    al.,
15

16            Defendants,
                                          /

17

18        On September 18, 2009, plaintiff Tamarah R. Seielstad filed opposition papers to

19  defendants' motions to dismiss and motion to strike, which motions are noticed for hearing

20  on October 9, 2009.  Plaintiff has violated General Order 45 and the Court's Standing

21  Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the

22  business day following the day that the papers are filed electronically, one paper copy of

23  each document that is filed electronically . . . marked 'Chambers Copy' and   . . . clearly

24  marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See

25  General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The

26  Honorable Maxine M. Chesney ¶ 2.

27        Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's

28  Standing Orders by immediately submitting chambers copies of the above-referenced

1  documents.  Plaintiff is hereby advised that if she fails in the future to comply with General

2  Order 45 and the Court's Standing Order to provide chambers copies of electronically-filed

3  documents, the Court may impose sanctions, including, but not limited to, striking from the

4  record any electronically-filed document of which a chambers copy has not been timely

5  provided to the Court.

6  **IT IS SO ORDERED.**

7

8  Dated: October 1, 2009

   _____
   MAXINE M. CHESNEY
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28