IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARAH R. SEIELSTAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEGIS SENIOR COMMUNITIES, LLC, et al.,<br><br>Defendants / | No. C-09-1797 MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT DWAYNE CLARK'S MOTION TO DISMISS AND DEFENDANT AEGIS SENIOR COMMUNITIES, LLC'S MOTION TO DISMISS AND TO STRIKE** |

    Before the Court are defendant Dwayne Clark's motion to dismiss and defendant Aegis Senior Communities, LLC's motion to dismiss and to strike, each filed August 31, 2009. Plaintiff Tamarah R. Seielstad has filed oppositions thereto, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision thereon, and VACATES the hearing scheduled for October 9, 2009.

    **IT IS SO ORDERED.**

Dated: October 5, 2009

MAXINE M. CHESNEY
United States District Judge