1  HANSON BRIDGETT LLP
   DIANE MARIE O'MALLEY - 139166
2  domalley@hansonbridgett.com
   JAHMAL T. DAVIS - 191504
3  jdavis@hansonbridgett.com
   LISA M. POOLEY - 168737
4  lpooley@hansonbridgett.com
   ELI R. MAKUS - 234287
5  emakus@hansonbridgett.com
   JENICA D. MARIANI - 266982
6  jmariani@hansonbridgett.com
   425 Market Street, 26th Floor
7  San Francisco, CA  94105
   Telephone:    (415) 777-3200
8  Facsimile:    (415) 541-9366

9  Attorneys for Defendant
   AEGIS SENIOR COMMUNITIES LLC

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARAH R. SEIELSTAD, individually and on behalf of all others similarly situated, | No. CV 09-1797 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF RELATED CASES** |
| v. | |
| AEGIS SENIOR COMMUNITIES, LLC, a Washington Limited Liability Company | |
| Defendant. | |

Plaintiff Tamarah Seielstad, Plaintiff Kennyon Morris, Plaintiff Karen Jiron and Defendant Aegis Senior Communities, LLC, by and through their attorneys, hereby agree and stipulate that:

The following actions, filed as putative class/collective actions, are related cases within the meaning of Civil Local Rule 3-12:

- *Tamarah Seielstad, et al. v. Aegis Senior Communities, LLC,* Case. No. CV-09-01797 MMC.

- *Kennyon Morris and Karen Jiron, et al. v. Aegis Senior Communities, LLC,* Case. No. CV-10-2060 EDL.

The parties further specifically agree and stipulate that: (1) the actions concern substantially the same parties, property, transaction or event and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges.

IT IS SO STIPULATED.

DATED: July 29, 2010

HARRIS & RUBLE
NORTH BAY LAW GROUP

//s//
Alan Harris
David Zelenski
David S. Harris
Attorneys for Plaintiff
TAMARAH SEIELSTAD

DATED: July 29, 2010

HARRIS & RUBLE
NORTH BAY LAW GROUP

//s//
Alan Harris
David Zelenski
David S. Harris
Attorneys for Plaintiffs
KENNYON MORRIS & KAREN JIRON

| | | |
|---|---|---|
| 1 | DATED: July 29, 2010 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | *Lisa M. Pooley* |
| | | Lisa M. Pooley |
| 4 | | Jenica D. Mariani |
| | | Attorney For Defendant |
| 5 | | AEGIS SENIOR COMMUNITIES, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____August 4_, 2010

*Maxine M. Chesney*
THE HONORABLE MAXINE M. CHESNEY
*United States District Court Judge*

- 2 -