1  HANSON BRIDGETT LLP
   DIANE MARIE O'MALLEY - 139166
2  domalley@hansonbridgett.com
   LISA M. POOLEY - 168737
3  lpooley@hansonbridgett.com
   JAHMAL T. DAVIS - 191504
4  jdavis@hansonbridgett.com
   ELI R. MAKUS - 234287
5  emakus@hansonbridgett.com
   JENICA D. MARIANI - 266982
6  jmariani@hansonbridgett.com
   425 Market Street, 26th Floor
7  San Francisco, CA 94105
   Telephone:   (415) 777-3200
8  Facsimile:   (415) 541-9366

9  Attorneys for Defendant
   AEGIS SENIOR COMMUNITIES, LLC

10
                    UNITED STATES DISTRICT COURT
11
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13
   KENNYON MORRIS and KAREN            No. CV 10-2060 MMC
14 JIRON, individually and on behalf of all
   others similarly situated,           STIPULATION AND [PROPOSED]
15                                      (1) ORDER FOR EARLIER CASE
                  Plaintiffs,               MANAGEMENT CONFERENCE
16
        v.                              Action Filed:   May 14, 2010
17
   AEGIS SENIOR COMMUNITIES, LLC, a     (2) ORDER ADVANCING CASE
18 Washington Limited Liability Company     MANAGEMENT CONFERENCE
                                            IN CASE NO. C 09-1797
19                Defendant.

20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER FOR EARLIER CASE MGMT. CONFERENCE          2552927.1
(CASE # CV 10-2060 MMC)

Plaintiffs Kennyon Morris and Karen Jiron and Defendant Aegis Senior Communities, LLC, by and through their attorneys, hereby stipulate and agree that:

The initial Case Management Conference in this matter will take place on October 8, 2010 at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building and that the parties' Joint Case Management Conference Statement shall be filed on or before October 1, 2010.

This stipulation is based on the Court's August 4, 2010 Order that this case is related to *Seielstad v. Aegis Senior Communities, LLC*, Case No. C 09-1797 MMC, and the parties' desire to coordinate aspects of the two cases sooner than the currently scheduled Case Management Conference on April 1, 2011.

IT IS SO STIPULATED.

DATED: August 30, 2010

HARRIS & RUBLE
NORTH BA LAW GROUP

By: /s/ Alan Harris
ALAN HARRIS
DAVID S. HARRIS
Attorney for Plaintiffs
KENNYON MORRIS and KAREN JIRON

DATED: August 31, 2010

HANSON BRIDGETT LLP

By: /s/ Lisa M. Pooley
LISA M. POOLEY
Attorneys for Defendant
AEGIS SENIOR COMMUNITIES, LLC

**PURSUANT TO STIPULATION, IT IS ORDERED,** and the case management conference in Seielstad v. Aegis C 09-1797 likewise is ADVANCED to October 8, 2010.

DATED: September 1, 2010

/s/ Maxine M. Chesney
THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge