IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARAH R. SEIELSTAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEGIS SENIOR COMMUNITIES, LLC,<br><br>Defendant.<br>_____/ | No. C-09-1797 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S APPLICATION FOR ORDER TO SHOW CAUSE WHY CONTEMPT CITATIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH DEPOSITION SUBPOENAS** |

Pursuant to Civil Local Rule 72-1, defendant Aegis Senior Communities, LLC's Application for Order to Show Cause Why Contempt Citations Should Not Issue for Failure to Comply with Deposition Subpoenas, filed September 1, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

**IT IS SO ORDERED.**

Dated: September 2, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] The October 8, 2010 hearing date before the undersigned is vacated.