UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| TAMARAH R SEIELSTAD,<br><br>    Plaintiff,<br>    v.<br><br>AEGIS SENIOR COMMUNITIES,<br><br>    Defendant.<br>_____/ | No. C 09-01797 MMC (LB)<br><br>**NOTICE OF REFERRAL AND ORDER RE DISCOVERY PROCEDURES** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The district court has referred Defendant's Motion for Order to Show Cause, electronically filed on September 1, 2010, and Plaintiff's Motion for Protective Order, electronically filed on September 3, 2010, which are discovery matters, to United States Magistrate Judge Laurel Beeler. The motions were noticed for October 8, 2010.

The Court **VACATES** the current hearing date and **DENIES** the pending discovery motions without prejudice and directs the parties to comply with the procedures for addressing discovery disputes set forth in Judge Beeler's standing order (attached). Those procedures require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer **in person**. If that procedure does not resolve the disagreement, the parties must file a joint letter instead of a formal motion. After reviewing the joint letter, the Court will evaluate whether further proceedings are necessary, including any further

///

1  briefing or argument.

2  **IT IS SO ORDERED.**

3  Dated: September 7, 2010

_____
LAUREL BEELER
United States Magistrate Judge