IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARAH R. SEIELSTAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEGIS SENIOR COMMUNITIES, LLC,<br><br>Defendant.<br>_____/ | No. C-09-1797 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' MOTION FOR PROTECTIVE ORDER** |

Pursuant to Civil Local Rule 72-1, plaintiffs' Motion for Protective Order, filed September 3, 2010, is hereby REFERRED to Magistrate Judge Laurel Beeler, to whom all discovery matters previously were referred.

The parties will be advised of the next appearance, if any, by Judge Beeler's chambers.

The October 8, 2010 hearing before the undersigned is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 7, 2010

_____
MAXINE M. CHESNEY
United States District Judge