```
 1 │ HANSON BRIDGETT LLP
   │ DIANE MARIE O'MALLEY - 139166
 2 │ domalley@hansonbridgett.com
   │ JAHMAL T. DAVIS - 191504
 3 │ jdavis@hansonbridgett.com
   │ LISA M. POOLEY - 168737
 4 │ lpooley@hansonbridgett.com
   │ 425 Market Street, 26th Floor
 5 │ San Francisco, CA  94105
   │ Telephone:    (415) 777-3200
 6 │ Facsimile:    (415) 541-9366
 7 │ Attorneys for Defendant
   │ AEGIS SENIOR COMMUNITIES LLC
```

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARAH R. SEIELSTAD, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>AEGIS SENIOR COMMUNITIES, LLC, a Washington Limited Liability Company<br><br>        Defendant. | No. CV 09-1797 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND CLASS CERTIFICATION MOTION, AND TO STAY PROCEEDINGS PENDING ADR**<br><br>Action Filed:    April 24, 2009 |

Plaintiff Tamarah Seielstad and Defendant Aegis Senior Communities LLC, by and through their attorneys, hereby stipulate and agree that:

(1) The next Case Management Conference in this matter will take place on December 10, 2010, at 10:30 a.m. in Courtroom No. 7, 19th floor Federal Building, and that the parties' Joint Case Management Conference Statement shall be filed on or before December 3, 2010. As a result, the currently-scheduled Case Management Conference set for October 8, 2010, will be taken off calendar. (The parties have stipulated to the same date change for the Case Management Conference in the related case of *Morris, et al. v. Aegis Senior Communities*, Case No. CV-10-2060 MMC.)

(2) The deadline for filing a class certification motion will be January 25, 2011. As a result, the current class certification filing deadline of November 5, 2010, will be vacated.

(3) All formal discovery and case proceedings will be stayed through December 10, 2010.

This stipulation is based on the parties' desire to engage in ADR. Specifically, the parties are currently in the process of scheduling a further settlement conference before Magistrate Judge Joseph C. Spero, which they anticipate will take place with within the next two months. An initial settlement conference in this matter took place before Magistrate Judge Spero on November 3, 2009.

IT IS SO STIPULATED.

DATED: September 20, 2010

HARRIS & RUBLE

By: _____
ALAN HARRIS
DAVID S. HARRIS
Attorneys for Plaintiff
TAMARAH R. SEIELSTAD

DATED: September 21, 2010

HANSON BRIDGETT LLP

By: *Lisa M Pooley*
DIANE MARIE O'MALLEY
LISA M. POOLEY
Attorneys for Defendant
AEGIS SENIOR COMMUNITIES LLC

**PURSUANT TO STIPULATION, IT IS ORDERED.**

DATED: September 22, 2010

*Maxine M. Chesney*
THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
(CASE # CV 09-1797 MMC)

2647120.1