1  HANSON BRIDGETT LLP
   DIANE MARIE O'MALLEY - 139166
2  domalley@hansonbridgett.com
   JAHMAL T. DAVIS - 191504
3  jdavis@hansonbridgett.com
   LISA M. POOLEY - 168737
4  lpooley@hansonbridgett.com
   425 Market Street, 26th Floor
5  San Francisco, CA  94105
   Telephone:    (415) 777-3200
6  Facsimile:    (415) 541-9366

7  Attorneys for Defendant
   AEGIS SENIOR COMMUNITIES LLC

8                    UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | TAMARAH R. SEIELSTAD, individually and on behalf of all others similarly situated, | No. CV 09-1797 MMC (JCS) |
|---|---|---|
| 12 | | STIPULATION AND [PROPOSED] ORDER TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR |
| 13 | Plaintiff, | |
| 14 | v. | Action Filed:    April 24, 2009 |
| 15 | AEGIS SENIOR COMMUNITIES, LLC, a Washington Limited Liability Company | |
| 16 | | |
| 17 | Defendant. | |

-1-

2776117.1

Plaintiff Tamarah Seielstad and Defendant Aegis Senior Communities LLC, by and through their attorneys, hereby stipulate and agree that:

1. The Case Management Conference scheduled for December 10, 2010 at 10:30 a.m. will be taken off calendar.

2. All currently set motion-filing deadlines are taken off calendar.

This stipulation is made because the parties have reached a tentative settlement in this matter and wish to proceed with preparing a formal settlement agreement and seeking the Court's approval of the settlement.

IT IS SO STIPULATED.

DATED: December 8, 2010            HARRIS & RUBLE

                                   By: _____
                                   ALAN HARRIS
                                   DAVID S. HARRIS
                                   Attorneys for Plaintiff
                                   TAMARAH R. SEIELSTAD

DATED: December 8, 2010            HANSON BRIDGETT LLP

                                   By: _____
                                   LISA M. POOLEY
                                   Attorneys for Defendant
                                   AEGIS SENIOR COMMUNITIES LLC

**PURSUANT TO STIPULATION, IT IS ORDERED.** It is further ordered that the Case Management Conference is CONTINUED to March 11, 2011.

DATED: December 9, 2010

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Court Judge

- 2 -