HANSON BRIDGETT LLP
DIANE MARIE O'MALLEY - 139166
domalley@hansonbridgett.com
JAHMAL T. DAVIS - 191504
jdavis@hansonbridgett.com
LISA M. POOLEY - 168737
lpooley@hansonbridgett.com
JENICA D. MARIANI - 266982
jmariani@hansonbrigett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:     (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Defendant
AEGIS SENIOR COMMUNITIES LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARAH R. SEIELSTAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEGIS SENIOR COMMUNITIES, LLC, a Washington Limited Liability Company<br><br>Defendant. | No. CV 09-1797 MMC (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE**<br><br>Date:     **January 26, 2011**<br>Time:    **9:30 a.m.**<br>Judge:   **Joseph C. Spero**<br>Ctrm:    **A, 15th Floor**<br><br>Action Filed:     **April 24, 2009** |

Plaintiff Tamarah Seielstad and Defendant Aegis Senior Communities LLC, by and through their attorneys, hereby stipulate and agree that the Further Settlement Conference in this matter, presently scheduled for January 26, 2011 at 9:30 a.m. before the Honorable Joseph C. Spero, be continued to February 9, 2011 at 9:30 a.m., or thereafter, based on the Court's availability.

////

////

////

////

-1-

This stipulation is made, and the Order is requested, because Defendant is unavailable on January 26, 2011. In addition, the parties are working towards finalizing the tentative settlement agreement reached on December 6, 2010 and believe the additional time will allow them to finalize the terms of the final settlement agreement before seeking the Court's approval.

IT IS SO STIPULATED.

DATED: January 14, 2011                HARRIS & RUBLE

                                       By:/s/ Alan Harris
                                       ALAN HARRIS
                                       Attorneys for Plaintiff
                                       TAMARAH R. SEIELSTAD

DATED: January 14, 2011                NORTH BAY LAW GROUP

                                       By:/s/ David S. Harris
                                       DAVID S. HARRIS
                                       Attorneys for Plaintiff
                                       TAMARAH R. SEIELSTAD

DATED: January 14, 2011                HANSON BRIDGETT LLP

                                       By:/s/ Diane M. O'Malley
                                       DIANE M. O'MALLEY
                                       Attorneys for Defendant
                                       AEGIS SENIOR COMMUNITIES LLC

**PURSUANT TO STIPULATION, IT IS ORDERED.**

DATED: ___January 18___, 2011

                                       _____
                                       THE HONORABLE JOSEPH C. SPERO
                                       United States District Court Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE
(NO. CV 09-1797 MMC)

2819516.1

|   |   |
|---|---|
| 1 | <u>SIGNATURES UNDER GENERAL ORDER NO. 45</u> |
| 2 | Pursuant to General Order No. 45 of the United States District Court, Northern District of |
| 3 | California, I, Diane Marie O'Malley—the ECF User whose User ID and Password are used in the |
| 4 | filing of this document—hereby attest that the concurrence to the filing of this document has been |
| 5 | obtained from each of the other signatories to this document. |

                                    /s/ *Diane Marie O'Malley*
                                    Diane Marie O'Malley

-3-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER SETTLEMENT CONFERENCE
(NO. CV 09-1797 MMC)

2819516.1