1  HANSON BRIDGETT LLP
   DIANE MARIE O'MALLEY - 139166
2  domalley@hansonbridgett.com
   LISA M. POOLEY - 168737
3  lpooley@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:    (415) 777-3200
5  Facsimile:    (415) 541-9366

6  Attorneys for Defendant
   AEGIS SENIOR COMMUNITIES LLC
7
   Alan Harris (SBN 146079)
8  aharris@harrisandruble.com
   David Zelenski (SBN 231768)
9  dzelenski@harrisandruble.com
   HARRIS & RUBLE
10 5455 Wilshire Boulevard, Suite 1800
   Los Angeles, California 90036
11 Telephone: 323.931.3777
   Facsimile:  323.931.3366
12
   David S. Harris (SBN 215224)
13 dsh@northbaylawgroup.com
   NORTH BAY LAW GROUP
14 901 Irwin Street
   San Rafael, California 94901
15 Telephone: 415.460.5300
   Facsimile: 415.460.5303
16
   Attorneys for Plaintiff
17 TAMARAH R. SEIELSTAD

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARAH R. SEIELSTAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AEGIS SENIOR COMMUNITIES, LLC, a Washington Limited Liability Company<br><br>Defendant. | No. CV 09-1797 MMC<br>**ORDER RE:**<br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:       March 11, 2011<br>Time:       10:30 a.m.<br>Judge:      Hon. Maxine M. Chesney<br>Room:       7, 19th Floor<br><br>Action Filed:   April 24, 2009 |

Pursuant to Civil Local Rule 16-9(d), the Parties to the above-entitled action jointly submit this Case Management Statement to report on progress or changes since the last Statement submitted by the Parties.

1. **Settlement and ADR:**

The Parties engaged in a further judicial settlement conference on December 6, 2010, before Magistrate Judge Joseph C. Spero. The Parties agreed to a settlement and have executed a written Joint Stipulation and Settlement Agreement. Plaintiff will be filing a Motion for Preliminary Approval on March 4, 2011.

2. **Related Cases:**

The Parties in the related case of *Morris v. Aegis Senior Communities*, Case No. CV-10-2060 MMC, simultaneously agreed to a settlement in conjunction with the settlement of this case.

3. **Case Management Conference:**

The Parties request a continuance of the Case Management Conference for at least 60 days to allow sufficient time for the Motion for Preliminary Approval to be heard and determined.

DATED: March 4, 2011

HARRIS & RUBLE

Alan Harris
Attorneys For Plaintiff Tamarah Scielstad

DATED: March 4, 2011

HANSON BRIDGETT LLP

Lisa M. Pooley
Attorneys for Defendant Aegis Senior Communities LLC

Pursusant to stipulation, the Case Management Conference is continued to May 13, 2011.
      IT IS SO ORDERED.

Date: March 8, 2011

MAXINE M. CHESNEY
United States District Judge

-1-