| | |
|---|---|
| 1 | Alan Harris (SBN 146079) |
| 2 | David Zelenski (SBN 231768)<br>HARRIS & RUBLE<br>6424 Santa Monica Boulevard |
| 3 | Los Angeles, California 90038<br>Telephone:  323.962.3777 |
| 4 | Facsimile:  323.962.3004<br>aharris@harrisandruble.com |
| 5 | atreanor@harrisandruble.com |
| 6 | David S. Harris (SBN 215224)<br>NORTH BAY LAW GROUP |
| 7 | 116 East Blithedale Avenue, Suite 2<br>Mill Valley, California 94941 |
| 8 | Telephone:  415.388.8788<br>Facsimile:  415.388.8770 |
| 9 | dsh@northbaylawgroup.com |
| 10 | *Attorneys for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARAH R. SEIELSTAD, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>AEGIS SENIOR COMMUNITIES, LLC,<br><br>  Defendant. | Case No. 09-01797 MMC<br><br>[PROPOSED] **FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>*Assigned to Hon. Maxine M. Chesney* |
| KENNYON MORRIS, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>AEGIS SENIOR COMMUNITIES, LLC,<br><br>  Defendant. | Case No. 10-2060 MMC<br><br>*Assigned to Hon. Maxine M. Chesney*<br><br>Date:  September 30, 2011<br>Time:  9:00 a.m.<br>Place: Courtroom 7, 450 Golden Gate Avenue, San Francisco, California 94102 |

In accordance with the Order Granting Final Approval of Class-Action Settlement ("Final Approval Order") entered by the Court in this action, **IT IS ORDERED** that:

1. The two Settlement Classes conditionally certified in the Preliminary Approval Order are confirmed. Specifically, Settlement Class A consists of all current and former non-exempt, hourly paid California employees of Defendant performing care-manager duties in the position of lead care manager, care manager, medical care manager, and medical technician from April 24, 2005, to and including April 15, 2011; Settlement Class B consists of all former California employees of Defendant who were terminated from Defendant's employment between the time period April 24, 2005, to and including April 15, 2011.

2. Judgment is hereby entered dismissing the above-captioned actions against Defendant on the merits and with prejudice and without the payment of fees or costs other than as provided in the Settlement referred to in the Final Approval Order.

3. Without affecting the finality of this Judgment in any way, the Court hereby retains continuing jurisdiction over (a) the implementation of the Settlement as described in the Final Approval Order, (b) the payment of the amount of reasonable attorney's fees and costs to be awarded to Class Counsel as provided for in the Settlement, and (c) all Parties hereto for the purpose of administering the Settlement and enforcing the terms of this Judgment.

**IT IS SO ORDERED.**

DATED: January 17, 2012

_____
U.S. District Court Judge